### JOHN RUTKOWSKI, Inc., Agnes Rutkowski, Inc., and Ætna Corporation, v. Arthur J. HALLE, Trustee in Bankruptcy of WEDGE PRODUCTS, Inc., Bankrupt.
### No. 6780.

Circuit Court of Appeals, Sixth Circuit.
May 8, 1934.

Krueger, Gorman & Davis, of Cleveland, Ohio, for appellants.

J. H. Kohrman, of Cleveland, Ohio, for appellee.

PER CURIAM.

Docketed and dismissed pursuant to motion of appellee.